UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00505-MOC-DCK

| | | |
|---|---|---|
| **LUCY HORTON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ENHANCED RECOVERY COMPANY, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Harold C. Spears' Motion for *Pro Hac Vice* admission of Scott S. Gallagher (#11). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Harold C. Spears' Motion for *Pro Hac Vice* admission of Scott S. Gallagher (#11) is GRANTED, and such attorney is admitted to practice *pro hac vice* Mr. Spears in this particular case.

Signed: November 6, 2014

Max O. Cogburn Jr.
United States District Judge

-1-