IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-505-MOC-DCK

| | |
|---|---|
| LUCY HORTON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ENHANCED RECOVERY COMPANY, LLC, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant "Enhanced Recovery Company, LLC's Motion To File Reference List Under Seal" (Document No. 22) filed July 20, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant "Enhanced Recovery Company, LLC's Motion To File Reference List Under Seal" (Document No. 22) is **GRANTED**. The noted Reference List shall be filed under seal.

Signed: August 10, 2015

David C. Keesler
United States Magistrate Judge